LOUISE ELLIS v. ANNA MARIA KELSEY and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ISAIOU TRADING CORPORATION v. STANDARD RICE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

HENRY B. BRITTON, Individually and as Surviving Partner, etc., v. ROSE B. SCOGNAMILLO, as Executrix, etc.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

NETTIE COHEN v. LOUIS COHEN and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

BUSH TERMINAL BUILDINGS COMPANY v. JOSEPH M. HERBERT, Individually, etc., and as Executor, etc.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

ARTHUR BLANK and Another v. LAMONTAGNE, CHAPMAN Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

BROWNING, KING & COMPANY v. JAMES C. DAVIS, Director-General of Railroads, as Agent, etc.— Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

INDEPENDENT TRADING Co., INC., v. EDWARD T. ROBERTSON and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCESCO CORRAO, Individually and as an Officer, etc., v. INDEPENDENT ORDER SONS OF ITALY.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

NATHAN GOLDIN, an Infant, etc., v. MALONE DAIRY Co., INC.— Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

WALTER SULLIVAN, an Infant, etc., v. YELLOW TAXI CORPORATION.— Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

EDITH DOWNEY v. JOB E. HEDGES, as Receiver, etc., Impleaded, etc.— Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MOSES RUBENSTEIN v. C. H. PEPPER, INC., and Others.— Motion denied, with ten dollars costs. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

CLARA O'HARA v. RALPH E. KLECKNER and Another.— Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

MISSISSIPPI SHIPBUILDING CORPORATION v. LEVER BROS. COMPANY and Another. — Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

FRANK CORSARO v. EDWARD MARGOLIES, Impleaded, etc.— Motion granted. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.

JOSEPH RANDO v. JOSEPH CARUBS, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, Smith, Finch, McAvoy and Martin, JJ.